UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 20-cv-61191-VALLE

ALISSYA GREENWOOD,
    Plaintiff,

vs.

CARING PEOPLE OF POMPANO
BEACH, LLC,
    Defendant.
_____/

CARING PEOPLE OF POMPANO
BEACH, LLC,
    Third Party Plaintiff,

vs.

MICHELLE TUCKER,
    Third Party Defendant.
_____/

## THE PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO F.R.C.P. 41 (a)(1)(i)

The parties, herein, Plaintiff, Alissya Greenwood, Third Party Plaintiff, Caring People of Pompano Beach, LLC and Third Party Defendant, Michelle Tucker., by their respective counsel, hereby file this Stipulation for Voluntary Dismissal, with Prejudice, pursuant to F.R.C.P. 41 (a)(1)(i); and the Court retains jurisdiction to enforce the terms of the applicable Settlement Agreement.

Respectfully submitted,

Shahady & Wurtenberger, P.A.
Attorneys for Defendant/Third Party Plaintiff
200 E. Palmetto Park Rd.
Suite 103
Boca Raton, Florida 33432
(561) 910-3064 Telephone
E-mail: fschwartz@swlawyers.law
Fla. Bar No. 360538

/s/ Fred A. Schwartz
By: Fred A. Schwarz

Duffie Law, PLLC
Attorney for Defendant/Third Party Plaintiff
2234 N. Federal Highway
Suite 1196
Boca Raton, Florida 33431
(561) 440-8150 Telephone
E-mail: allison@duffie.law
Fla. Bar No. 649902

/s/ Allison Duffie
By: Allison Duffie

Mark J. Berkowitz, P.A.
Attorney for Plaintiff/Third Party Defendant
110 S.E. 6th Street
Suite 1700
Ft. Lauderdale, Florida 33301
(954) 527-0570 Telephone
(954) 281-5881 Telecopier
E-Mail: labor@markjberkowitz.com
Fla. Bar No. 369391

/s/Mark J. Berkowitz
By: Mark J. Berkowitz

Dated on December 2, 2020